1 | Michael E. Hansen
2 | Attorney at Law, SBN 191737
    711 Ninth Street, Suite 100
    Sacramento, CA 95814
3 | 916.438.7711 FAX 916.438.7721

4 | Attorney for Defendant
    DIANE GLAZIER



FILED

FEB - 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DIANE GLAZIER,

        Defendant.

No. CR. S-07-11 EJG

STIPULATION AND ORDER:
EXCLUSION OF TIME



IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BEN WAGNER, Assistant United States Attorney, attorney for Plaintiff and MICHAEL E. HANSEN, attorney for Defendant DIANE GLAZIER that the previously scheduled status conference hearing date of February 9, 2007 be vacated and the matter set for status conference on March 9, 2007 at 10:00 a.m.

This continuance is requested to allow defense counsel time to conduct legal research, obtain records, interview witnesses and continue investigating facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 9, 2007, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

1

| | |
|---|---|
| 1  Dated: February 6, 2007 | Respectfully submitted, |
| 2 | |
| 3 | /s/ Michael E. Hansen |
|   | MICHAEL E. HANSEN |
|   | Attorney for Defendant |
| 4 | DIANE GLAZIER |

Dated: February 6, 2007

/s/ Michael E. Hansen for
BEN WAGNER
Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
DIANE GLAZIER

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: 2/7/07

Edward J. Garcia
United States District Judge

2