McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-011-EJG | |
| ) | | |
| Plaintiff, ) | PRELIMINARY ORDER OF | |
| ) | FORFEITURE AND PUBLICATION | |
| v. ) | THEREOF | |
| ) | | |
| DIANE B. GLAZIER, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Diane B. Glazier, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), defendant Diane B. Glazier's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    One Alienware Corporation Area-51 Model M-7700 laptop computer, with a grey case, serial number 206712, and a 17" monitor, purchased 10/28/05 for $3,619.64;

    b.    A yellow gold engagement ring, purchased from Devons Jewelers on 5/21/05, for $1,652.24;

1

1   c.   A Toshiba 24" television, purchased from Costco, on 2/3/05, for $379.99;

2   d.   A Toshiba 32" television, purchased from Costco, on 12/24/04, for $299.99; and

3   e.   An EMachines C2825 computer, purchased from Costco, on 6/15/04, for $549.97.

2. The above-listed properties constitute properties derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 1030(a)(4) or are proceeds traceable to a violation of 18 U.S.C. § 1341.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties. The aforementioned properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.   a.   Pursuant 18 U.S.C. § 982(b)(1) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the above-described properties were seized, notice of this Order, notice of the Attorney General's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.   This notice shall state that the petition shall be

1  for a hearing to adjudicate the validity of the petitioner's
2  alleged interest in the properties, shall be signed by the
3  petitioner under penalty of perjury, and shall set forth the
4  nature and extent of the petitioner's right, title, or interest
5  in the forfeited properties and any additional facts supporting
6  the petitioner's claim and the relief sought.
7         c.  The United States may also, to the extent
8  practicable, provide direct written notice to any person known to
9  have alleged an interest in the properties that are the subject
10 of the Order of Forfeiture, as a substitute for published notice
11 as to those persons so notified.
12    5.  If a petition is timely filed, upon adjudication of all
13 third-party interests, if any, this Court will enter a Final
14 Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 18
15 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), in which all
16 interests will be addressed.
17    SO ORDERED this 23rd day of   May , 2007.

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge