McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-011-EJG |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| DIANE B. GLAZIER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about May 25, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Diane B. Glazier forfeiting to the United States the following property:

    a.    One Alienware Corporation Area-51 Model M-7700 laptop computer, with a grey case, serial number 206712, and a 17" monitor, purchased 10/28/05 for $3,619.64;

    b.    A yellow gold engagement ring, purchased from Devons Jewelers on 5/21/05, for $1,652.24;

    c.    A Toshiba 24" television, purchased from Costco, on 2/3/05, for $379.99;

    d.    A Toshiba 32" television, purchased from Costco, on

|   |   |
|---|---|
| 1 |         12/24/04, for $299.99; and |
| 2 |     e.    An EMachines C2825 computer, purchased from Costco, on |
| 3 |         6/15/04, for $549.97. |

    AND WHEREAS, on June 4, 11, and 18, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Diane B. Glazier.

    2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

    3.  The U.S. Marshals Service shall maintain custody of and

///
///
///

1  control over the subject property until it is disposed of according
2  to law.
3       SO ORDERED THIS 1st day of August        , 2007.
4
5                           /s/ Edward J. Garcia
                            EDWARD J. GARCIA
6                           United States District Judge